UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INEZ QTAISH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRONZEVILLE PARK ) <br> NURSING AND LIVING CENTER, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 1:23-cv-02523 (UNA) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this case, are **DISMISSED** without prejudice, and it is further

**ORDERED** that Plaintiff's motion, ECF No. 3, is **DENIED**.

**SO ORDERED.**

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: October 19, 2023

_____
JIA M. COBB
United States District Judge

4